UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KRISTOPHER K. GREENING,<br><br>                Petitioner,<br>    v.<br>KARIN ARNOLD,<br><br>                Respondent. | Case No. 2:25-cv-00595-BJR-TLF<br><br>ORDER GRANTING MOTIONS FOR EXTENSION OF TIME |

Petitioner proceeds pro se in this 28 U.S.C. § 2254 federal habeas action. Currently before the Court are respondent's motions for extension of time to file an answer to the petition (Dkts. 20, 22).

For the reasons below, respondents' motions for extension of time (Dkts. 20, 22) are GRANTED.

## DISCUSSION

On October 17, 2025, counsel for respondent moved for an extension of time, until November 17, 2025, to file an answer to the petition. Dkt. 20. Counsel indicates there was a delay in receiving the state court record in the case, that substantial portions of the state court record have not yet been transmitted by the state court, and that he requires additional time to prepare the answer. *Id.* Petitioner opposed the

ORDER GRANTING MOTIONS FOR EXTENSION OF
TIME - 1

motion, noting that there was a prior delay in this action due to an issue with service of the petition[1] and that he wants a resolution of his petition. Dkt. 21.

On October 24, 2025, counsel for respondent moved for another extension of time, until December 17, 2025, to file an answer to the petition. Dkt. 22. Counsel states that the state court record is voluminous and that, while he received some additional records from the state court, a good faith review indicates that pertinent items of the state court record remain outstanding. *Id.* Counsel also indicates that he has previously scheduled international travel (pre-paid). *Id.* And the Corrections Division of the Washington State Attorney General's Office has an open and un-filled attorney position for several months, resulting in a heavier caseload for the team of attorneys that is shouldering the caseload with one less teammate. *Id.*

Finding good cause for the extensions, the Court hereby ORDERS:

(1) Respondent's motions for extension of time (Dkts. 20, 22) are GRANTED.[2]

(2) Respondent shall file an answer to the amended petition by **December 17, 2025**.

Respondent is directed to note the answer for **January 21, 2026**.

(3) Petitioner's response to the answer shall be due on or before **January 14, 2026**.

(4) Respondent's reply shall be due on or before **January 21, 2026**.

//

---

[1] The Court notes that it was unclear from the docket whether the petition was sent and received by respondent in accordance with the Court's initial service order. Dkt. 16. Accordingly, the Court issued an amended service order to ensure the respondent received proper notice of the action. *Id.*

[2] The Court notes that although petitioner filed a response (Dkt. 21) to the first motion for extension, respondent's second motion for extension is noted for November 14, 2025 (Dkt. 22), and petitioner has not yet filed a response. Based on the reasons for the extension set forth in respondent's first and second motions, the Court finds an extension is appropriate and does not find a response to the second motion to be necessary.

ORDER GRANTING MOTIONS FOR EXTENSION OF
TIME - 2

(5) The Clerk is directed to provide a copy of this order to petitioner and counsel for respondent.

Dated this 13th day of November, 2025.

Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING MOTIONS FOR EXTENSION OF TIME - 3